### First Department, August, 1952.
### (August 14, 1952.)

In the Matter of WILLIAM J. BIANCHI, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of RICHARD NEVILLE, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of OREST V. MARESCA, Appellant, against DANIEL FLYNN et al., Respondents.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

### Second Department, August, 1952.
### (August 11, 1952.)

PHILIP WASSERMAN et al., Appellants, v. JOHNROY PROPERTIES, INC., Tenant, and RUBYMAR CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Johnston, Wenzel and MacCrate, JJ. [201 Misc. 744, revd. 202 Misc. 83.]

In the Matter of THOMAS F. CARROLL et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Johnston, Wenzel and MacCrate, JJ., concur. [201 Misc. 974.]

In the Matter of SAMUEL COLE, Appellant, against AGNES WINFIELD et al., Constituting the Committee on Vacancies Named in a Petition Designating J. LEWIS FOX as Candidate of the Democratic Party for the Office of Member of Assembly, 15th Assembly District in County of Queens, et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Johnston, Wenzel and MacCrate, JJ., concur. [201 Misc. 1049.]

In the Matter of JOSEPH J. PETITO, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Johnston, Wenzel and MacCrate, JJ., concur.